IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MATTHEW SHANE VAUGHAN, | CASE NO. 7:14CV00517 |
| Plaintiff, | |
| v. | FINAL ORDER |
| PAGE COUNTY SHERRIF'S DEPARTMENT, *ET AL.*, | By: Norman K. Moon |
| | United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED AND ORDERED** that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's amended claims for injunctive relief (Docket Nos. 5 & 11) are **DISMISSED** as moot; and the clerk will **STRIKE** the case from the active docket of the court.

**ENTER**: This  28th  day of April, 2015.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE